April 16, 2008

Mr. John Steven Mostyn
The Mostyn Law Firm
200 Westcott
Houston, TX 77007
Ms. April F. Robbins
Brackett & Ellis
100 Main Street
Fort Worth, TX 76102

RE: MDL Case Number: 08-0142 & 08-0208

Style: IN RE DELTA LLOYDS INSURANCE COMPANY OF HOUSTON, TEXAS
 - consolidated with -
 IN RE HURRICANE RITA HOMEOWNERS' CLAIMS

Dear Counsel:

 Today the Multidistrict Litigation Panel issued the enclosed order in
the above-referenced case.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

|cc:|Multidistrict Litigation Panel |
| |(via email) |
| |Ms. Marialyn P. Barnard |